ACCEPTED
04-14-00758-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/4/2015 6:27:23 PM
KEITH HOTTLE
CLERK

## NO. 04-14-00758-CV

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT OF TEXAS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/04/15 6:27:23 PM
KEITH E. HOTTLE
Clerk

JOHN A. LANCE, DEBRA L. LANCE,
F.D. FRANKS AND HELEN FRANKS

APPELLANTS

V.

JUDITH AND TERRY ROBINSON, GARY AND BRENDA FEST,
VIRGINIA GRAY, BUTCH TOWNSEND AND
BEXAR-MEDINA-ATASCOSA COUNTIES WATER CONTROL AND
IMPROVEMENT DISTRICT NO. 1

APPELLEES

## APPELLANTS' UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' REPLY BRIEF

TO THE HONORABLE JUSTICES OF THE COURT:

JOHN A LANCE, DEBRA L. LANCE, F.D. FRANKS and HELEN FRANKS, Appellants, submit their First Unopposed Motion for Extension of Time to File Appellants' Reply Brief and in support of this motion state as follows:

1. Appellees, JUDITH AND TERRY ROBINSON, GARY AND BRENDA FEST, VIRGINIA GRAY, BUTCH TOWNSEND and BEXAR-

MEDINA-ATASCOSA COUNTIES WATER CONTROL AND IMPROVEMENT DISTRICT NO. 1, filed their Amended Brief on July 16, 2015. Appellants' Reply Brief is due August 5, 2015.

2. This motion is filed prior to the expiration of this due date.

3. The undersigned has conferred with the attorneys for Appellees and this motion is unopposed.

4. Appellants request an additional twenty-three (23) days to file their Appellants' Reply Brief, extending the time to August 28, 2015.

5. No extension has previously been granted.

6. The undersigned is responsible for the preparation of this Appellants' Reply Brief. The undersigned has been engaged in the preparation of the Brief on the Merits in *Gonzales v. Sloan*, No. 14-1015, pending in the Supreme Court of Texas. The undersigned has further been engaged in providing litigation support in numerous trial courts and in conducting numerous mediations.

7. This extension request is not filed for purposes of delay.

## PRAYER

Appellants ask this Court to grant their motion extending the deadline to file their Appellants' Reply Brief to August 28, 2015.

Respectfully submitted,

Cynthia Cox Payne
Texas Bar No. 24001935
P.O. Box 1178
1118 Main Street
Bandera, TX  78003
(830) 796-7030 – Phone
(830) 796-7945 – Fax
cpayne@paynelawfirm.net
John D. Payne
Texas Bar No. 15658500
P.O. Box 1178
1118 Main Street
Bandera, TX  78003
(830) 796-7030 – Phone
(830) 796-7945 – Fax
jpayne@paynelawfirm.net

LAW OFFICE OF DAN POZZA
239 E. Commerce Street
San Antonio, TX  78205
(210) 226-8888 – Phone
(210) 224-6373 – Fax
danpozza@yahoo.com


/s/Dan Pozza
State Bar No. 16224800

ATTORNEYS FOR APPELLANTS

3

## CERTIFICATE OF SERVICE

I hereby that a true and correct copy of the above and foregoing document has been delivered via e-mail transmission on this 5th day of August, 2015, to:

Stephan B. Rogers
Ross S. Elliott
Rogers & Moore
309 Water Street, Suite 114
Boerne, Texas  78006
Attorney for Plaintiffs
srogerslaw@gmail.com

*Attorneys for Judith and Terry Robinson, Gary and*
*Brenda Fest, Virginia Gray and Butch Townsend*

Edward Hecker
GOSTOMSKI & HECKER
607 Urban Loop
San Antonio, Texas 78204
ed@ghlawyers.net

*Attorney for Bexar-Medina-Atascosa Counties*
*Water Control and Improvement District No. 1*


/s/Dan Pozza